So Ordered.

Dated: May 13, 2022



*Beth E. Hanan*
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: PHAROAH O. WASHINGTON | CHAPTER 13 |
| | Case No. 22-20287-BEH |
| Soc. Sec. No. xxx-xx-9474 | |

***AMENDED*** 

### *AMENDED ORDER FOR PAYROLL DEDUCTIONS*

To, **SCAN-PAC MANUFACTURING**, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings. By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court. Now, therefore,

IT IS ORDERED THAT:

1. You, **SCAN-PAC MANUFACTURING**, shall deduct from the earnings of said debtor (including vacation pay), the sum of **$142.00** **Weekly**, beginning on the next payday following receipt of this Order and continuing until further notice. You shall immediately pay to the Chapter 13 Trustee the sums so deducted. INCLUDE THE DEBTOR'S NAME AND CHAPTER 13 CASE NUMBER WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:

    CHAPTER 13 TRUSTEE
    P.O. BOX 730
    MEMPHIS, TN 38101-0730

    or to pay electronically go to https://tfsbillpay.com/employer

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure. No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
**\*\*SCAN-PAC MANUFACTURING\*\***
Attn: Payroll Department
N84 W13510 LEON RD
MENOMONEE FALLS, WI 53051-

**Debtor(s):**
PHAROAH O. WASHINGTON
7275 N. PORT WASHINGTON RD., #1022
MILWAUKEE, WI  53217

**Debtor(s) Attorney:**
LOMBARDO LAW OFFICE
2230 SOUTH 108TH STREET
MILWAUKEEWI 53227-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

              Trustee Issued Date:  May 13, 2022
        #####